IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                          Plaintiff

v.                                           Court No.: 1:00CR00066BG

Elizabeth Darlene Morris                                            Defendant

And

Computer Sciences Corporation                                   Garnishee

ORDER OF CONTINUING GARNISHMENT

This cause is before the Court on a Motion for Order of Continuing Garnishment (docket # 26) requesting the Garnishee, Computer Sciences Corporation, to pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's monthly non-exempt net disposable earnings until the judgment owed to the plaintiff in the amount of $51,135.96, plus accrued interest and costs, is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant. The Court has considered the Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

It is hereby ORDERED that the Garnishee, Computer Sciences Corporation, pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's non-exempt net disposable earnings until the judgment owed to the plaintiff is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant or until further order of this Court.

The Clerk of the Court is directed to forward a copy of this Order to the parties of record

DATED: August 21, 2013

                                                                 s/David Bramlette
                                                                 HONORABLE DAVID C. BRAMLETTE
                                                                 United States District Judge